UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SENIADA B. COLEMAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:12-CV-354 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING**
**MEMORANDUM AND RECOMMENDATION**

Pending before the Court is the Complaint appealing the final administrative decision of the Commissioner of Social Security on Plaintiff's claim for disability insurance benefits and supplemental security income (D.E. 1). On August 8, 2013, United States Magistrate Judge B. Janice Ellington issued a Memorandum and Recommendation (D.E. 20), recommending that the Commissioner's decision be vacated and that this matter be remanded for reconsideration.

The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed and the time to do so has expired.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and

recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 20), and all other relevant documents in the record, and finding no clear error, the Court ADOPTS as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Commissioner's determination that Plaintiff is not disabled is VACATED and Plaintiff's case is REMANDED to the Social Security Administration for reconsideration pursuant to this ORDER.

ORDERED this 26th day of August, 2013.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE