UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SENIADA B. COLEMAN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:12-CV-354 |
| § | |
| MICHAEL J. ASTRUE, § | |
| § | |
| Defendant. § | |

## ORDER AWARDING ATTORNEY FEES AND GRANTING MOTION FOR EXTENSION OF TIME

On August 26, 2013, the Commissioner's determination on Plaintiff's claim for disability benefits and supplemental security income was reversed and a sentence for remand to the Commissioner pursuant to 42 U.S.C. § 405(g) was made. (D.E. 21). Presently pending before the Court are Plaintiff's unopposed motions for attorney's fees and for an extension of time. (D.E. 22 and D.E. 23). The motions were both filed with the designation "unopposed," and no response from Defendant has been filed. According to the Local Rules for the Southern District of Texas, failure to file a response is taken as a statement that a party is unopposed to the granting of the relief requested. LR7.4. Both the fee application and request for extension of time are reasonable and are **GRANTED**.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's attorney of record is awarded the sum of Six Thousand Six Hundred Ninety Dollars and Forty-Four Cents ($6,690.44) in attorney fees pursuant to 28 U.S.C. § 2412 (Equal

Access to Justice Act) with funds to be payable to Senaida B. Coleman, and mailed in care of her attorney Laura K. Funk to P.O. Box 111605, Carrollton, TX 75011-1605.

Further, the motion for an extension of time is granted. It is **ORDERED** that Plaintiff's attorney shall file for an award of attorney fees under 42 U.S.C. § 406(b) within thirty (30) days of receiving notice from the Social Security Administration of a past due benefits award to Plaintiff.

ORDERED this 24th day of October, 2013.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE